

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-14-00533-CV

Kenneth W. **ARTHUR**, et al,
Appellant

v.

**UVALDE COUNTY APPRAISAL DISTRICT**, Albert Mireles, Chief Appraiser,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-28619-TX
Honorable Watt Murrah, Judge Presiding

# O R D E R

On February 19, 2015, Appellants filed an unopposed Motion for Extension of Time to File Reply Brief. It is ORDERED the motion is GRANTED, and appellants must file the reply brief on or before March 9, 2015.

It is so ORDERED on this 23rd day of February, 2015.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court

